UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 01-CR-1110 (LAP) |
| -against- | ORDER |
| ROSALIE GARCIA, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Rosalie Garcia's motion (dkt. no. 160) seeking compassionate release pursuant to 18 U.S.C. § 3582(c).  The Government shall respond to the motion by April 27, 2022.  Defendant shall file any reply by May 11, 2022.

    The Clerk of the Court is directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:    March 28, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge