```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    01-cr-1110 (LAP)
        -v.-                        :
                                    :         ORDER
ROSALIE GARCIA,                     :
                                    :
        Defendant.                  :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Rosalie Garcia's motion for compassionate release, (dkt. no. 160), the Government's opposition, (dkt. no. 182), and Ms. Garcia's reply, (dkt. no. 184).

In the reply, Ms. Garcia raises, seemingly for the first time, her desire to care for her fourth son, Derek, who

> "has had mental disabilities since he was five years old. He has been receiving SSI since that age to this day. My third son, Eric, took the role of primary caregiver when I was incarcerated, and has been taking care of his brother ever since then. The stress of taking care of his mentally handicap younger brother has caused him severe health issues, which has led to him having a triple bypass heart surgery. This is one of the many reasons that I am requesting this compassionate release, to take the burden of caregiver off of my son Eric and start taking care of Derek myself. Derek is 40 years old and somewhat independent, but still needs guidance when it comes to handling his medical and mental health issues. I am planning on being released to Derek's residence and can offer him the patience and assistance he needs with some of the more intricate details of his life."

(Dkt. no. 184.)

The Government shall inform the Court of its views regarding this basis for Ms. Garcia's request by letter no later than June 12. Ms. Garcia may reply no later than July 12.

SO ORDERED.

Dated:   New York, New York
         May 22, 2024

                                          _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge