```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    01-cr-1110 (LAP)
        -v.-                        :
                                    :         ORDER
ROSALIE GARCIA,                     :
                                    :
            Defendant.              :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

In its order dated May 22, 2024 (dkt. no. 203), the Court ordered the Government to inform the Court no later than June 12 of its views regarding Ms. Garcia's newly-raised basis for compassionate release, namely, her desire to care for her son who suffers from mental disabilities. A responsive letter does not appear on the docket sheet.

To the extent that the Government opposed Ms. Garcia's request for compassionate release on this ground, it shall inform the Court by letter no later than December 6. Ms. Garcia may reply no later than January 6.

The Clerk of Court shall mail a copy of this order to Ms. Garcia.

SO ORDERED.

Dated:   New York, New York
         November 26, 2024

                                     _____
                                     LORETTA A. PRESKA
                                     Senior United States District Judge