```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :         01-cr-1110 (LAP)
       -v.-                         :
                                    :         ORDER
ROSALIE GARCIA,                     :
                                    :
                 Defendant.         :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the following documents: (1) Defendant Rosalie Garcia's motion pursuant to 18 U.S.C. § 3582(c)(1)(A) for compassionate release, (dkt. no. 160 (the "Motion")); (2) the Government's oppositions, (dkt. nos. 182, 217); and (3) Defendant's replies, (dkt. nos. 184, 220).

Defendant argues that she should be released to care for her youngest son who suffers from mental disabilities. Defendant shall provide the Court with information regarding: (1) her youngest son's mental disabilities, including but not limited to, medical records;[1] (2) his status now that Defendant's other son is unavailable to assist; and (3) whether there is someone else, besides Defendant, who is available to provide care.

Defendant shall provide this information by February 10, 2025. The Government may respond by February 17, 2025. Defendant may reply by February 21, 2025.

---

[1] Defendant may request that the records be filed under seal.

1

**SO ORDERED.**

Dated:   New York, New York
        January 27, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge