Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

February 7, 2025

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rosalie Garcia*, 01 Cr. 1110 (LAP)

Dear Judge Preska:

    I am the attorney for Rosalie Garcia, the defendant in the above-referenced matter. On January 27, 2025, the Court Ordered the defendant to produce, by February 10, 2025, the defendant's (1) youngest son's mental disabilities, including but not limited to, medical records; (2) his status now that Defendant's other son is unavailable to assist; and (3) whether there is someone else, besides Defendant, who is available to provide care.

    We have ordered a copy of the defendant's son's medical records from his doctors, but have not yet received them. We expect them within the next week. Accordingly, we request an extension until February 24, 2025 to submit the above-referenced information to the Court and propose a commensurate extension for the government to respond, until March 3, 2025, and defendant reply by March 7, 2025.

    We thank the Court for its continued consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc:   All counsel (via ECF)

```
Defendant's request for an extension until
February 24, 2025 is granted.  The Government
shall respond by March 3, 2025 and Defendant may
reply by March 7, 2025.   SO ORDERED.
```

_____
Loretta A. Preska
United States District Judge

February 10, 2025
New York, New York