Case 1:01-cr-01110-LAP   Document 228   Filed 04/03/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | )  |  |
|---|---|---|
| v. | ) | |
| ROSALIE GARCIA | ) | Case No: 1:01CR01110-01 (LAP) |
|  | ) | USM No: 54314-054 |
| Date of Original Judgment: 06/12/2006 | ) | |
| Date of Previous Amended Judgment: | ) | Renato Stabile |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   LIFE PLUS 25 YEARS   months **is reduced to**   TIME SERVED   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/12/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/03/2025

*Judge's signature*

Effective Date:   04/10/2025
*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*